Benjamin E. TILTON and William T. Plumb, as Receivers of NEW YORK STATE RAILWAYS, Appellants, v. ROCHESTER GAS & ELECTRIC CORPORATION, Appellee.

No. 325.

Circuit Court of Appeals, Second Circuit.

March 5, 1934.

Willis H. Michell, of Syracuse, N. Y. (Charles E. Spencer, of Syracuse, N. Y., of counsel), for appellant.

Killeen & Sweeney and Charles R. Sweeney, all of Buffalo, N. Y., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Frank Dawson UNDERWOOD v. UNITED STATES of America.

No. 6728.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1934.

Hobart F. Atkins, of Knoxville, Tenn., for appellant.

J. B. Frazier, Jr., of Chattanooga, Tenn., for the United States.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

UNITED STATES v. Ora A. BENNER.

No. 5186.

Circuit Court of Appeals, Seventh Circuit.

April 21, 1934.

Paul F. Jones, of Danville, Ill., for appellant.

Ralph Jinkins and Samuel Jinkins, both of Danville, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation that this appeal be dismissed, which said stipulation is in the words and figures following, to wit: "It is stipulated by and between the parties to this cause, by their respective counsel, that the above-entitled suit which has been appealed by the United States of America and is now pending in the United States Circuit Court of Appeals for the Seventh Circuit may be dismissed."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES, Plaintiff-Appellee, v. CHEW MOO, Defendant-Appellant.

UNITED STATES, Plaintiff-Appellee, v. YEE MOOK, Defendant-Appellant.

No. 379.

Circuit Court of Appeals, Second Circuit.

March 20, 1934.

James C. Thomas, of New York City, for appellants.

Martin Conboy, U. S. Atty., of New York City (Bronson Goddard, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed in open court.